# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 08-00196-CJC(ANx) | Date | May 29, 2009 |
|---|---|---|---|
| Title | Dwight A. Padilla, et al v. Chris Bryan, et al | | |

| Present: The Honorable | CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Michelle Urie | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS) ORDER TO SHOW CAUSE RE STAY IN LIGHT OF NOTICE OF BANKRUPTCY

   The Court, on its own motion, hereby ORDERS plaintiffs to show cause in writing no later than June 12, 2009, why this action should not be STAYED as to all defendants in light of the bankruptcy filing as to Defendant Orbit Petroleum, Inc noted in plaintiffs' status report and request to set status conference filed on May 15, 2009.

   No oral argument of this matter will be heard unless ordered by the Court. The matter will stand submitted upon the filing of a response to the Court's order to show cause.

: 0

Initials of Preparer   mu