UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| DWIGHT PADILLA; MARK BENET; STACEY BENET; JOHN ARLOTTI; BERNIE BRAUNWALDER; SYLVIA BRAUNWALDER; ROBERT J. KROGH; THOMAS COLLINGWOOD; MARY COLLINGWOOD; MIKE GUERENA; JEFF ARLOTTI; ALPHA OMEGA SOLUTIONS, INC., PIZITZ, LLC; JUSTIN MCKIBBEN; SUSIE MCKIBBEN; JET INTERNATIONAL, INC.; BOB CRONKHITE; SHARON CRONKHITE; POWER ENGINEERING SERVICES, LLC; LONNIE HOWERTON,<br><br>            Plaintiffs,<br><br>   vs.<br><br>CHRIS BRYAN, an individual; PAUL REED, an individual; HANSEL BAILEY, an individual; ORBIT PETROLEUM PARTNERSHIP JOINT VENTURE, an unknown business entity; ORBIT PETROLEUM CORPORATION, a California corporation doing business as ORBIT PETROLEUM, INC.; and DOES 1 through 100, Inclusive,<br><br>           Defendants. | Case No. SACV 08-00196 CJC (ANx)<br><br>Honorable Cormac J. Carney<br>Courtroom: 9B<br><br>[PROPOSED]<br><br>JUDGMENT FOR DEFENDANTS |

1

1    The Complaint in the present action (DE 1) was filed on February 21, 2008, by Plaintiffs Dwight A. Padilla, Mark Benet, Stacey Benet, John Arlotti, Bernie Braunwalder, Sylvia Braunwalder, Robert J. Krogh, Thomas Collingwood, Mary Collingwood, Mike Guerena, Jeff Arlotti, Alpha Omega Solutions, Inc., Pizitz, LLC, Justin McKibben, Susie McKibben, Jet International, Inc., Bob Cronkhite, Sharon Cronkhite, Power Engineering Services, LLC, and Lonnie Howerton (all collectively, "Plaintiffs") against Defendants Chris Bryan ("Bryan"), Paul Reed ("Reed"), Hansel Bailey ("Bailey") and Orbit Petroleum Partnership Joint Venture and Orbit Petroleum Corporation (collectively, "Orbit"), for claims based on the Racketeer Influenced and Corrupt Organizations (RICO) statute, breach of contract, fraud, conversion, unjust enrichment, constructive trust and accounting.

Defendant Bailey brought a Motion for Summary Judgment, which the Court granted by Order (DE 66) entered on December 10, 2010. Accordingly, Defendant Bailey is the prevailing party against Plaintiffs, and each of them.

On February 8, 2011, Plaintiffs dismissed Defendant Bryan (DE 78). On August 25, 2011, Plaintiffs dismissed the DOES and the Orbit Defendants (DE 102). On August 26, 2011, the Court entered its Order (DE 103) granting Plaintiffs' motion to dismiss Defendant Frazier. On October 17, 2011, the Court entered its Order (DE 108) dismissing Defendant Reed and the entire action.

Accordingly, Judgment for Defendants is hereby granted, and Defendant Bailey, as the prevailing party on his Motion for Summary Judgment, shall be entitled to the recovery of costs against Plaintiffs, jointly and severally, in the amount of $_____.

Dated: October 21, 2011

_____
Cormac J. Carney
Judge of the United States District Court