1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| DWIGHT PADILLA; MARK BENET; STACEY BENET; JOHN ARLOTTI; BERNIE BRAUNWALDER; SYLVIA BRAUNWALDER; ROBERT J. KROGH; THOMAS COLLINGWOOD; MARY COLLINGWOOD; MIKE GUERENA; JEFF ARLOTTI; ALPHA OMEGA SOLUTIONS, INC., PIZITZ, LLC; JUSTIN MCKIBBEN; SUSIE MCKIBBEN; JET INTERNATIONAL, INC.; BOB CRONKHITE; SHARON CRONKHITE; POWER ENGINEERING SERVICES, LLC; LONNIE HOWERTON, <br><br>                Plaintiffs, <br><br>   vs. <br><br>CHRIS BRYAN, an individual; PAUL REED, an individual; HANSEL BAILEY, an individual; ORBIT PETROLEUM PARTNERSHIP JOINT VENTURE, an unknown business entity; ORBIT PETROLEUM CORPORATION, a California corporation doing business as ORBIT PETROLEUM, INC.; and DOES 1 through 100, Inclusive, <br><br>                Defendants. | Case No. SACV 08-00196 CJC (ANx) <br><br> Honorable Cormac J. Carney <br> Courtroom: 9B <br><br> **AMENDED JUDGMENT** |

1

AMENDED JUDGMENT

The Complaint in the present action (DE 1) was filed on February 21, 2008, by Plaintiffs Dwight A. Padilla, Mark Benet, Stacey Benet, John Arlotti, Bernie Braunwalder, Sylvia Braunwalder, Robert J. Krogh, Thomas Collingwood, Mary Collingwood, Mike Guerena, Jeff Arlotti, Alpha Omega Solutions, Inc., Pizitz, LLC, Justin McKibben, Susie McKibben, Jet International, Inc., Bob Cronkhite, Sharon Cronkhite, Power Engineering Services, LLC, and Lonnie Howerton (all collectively, "Plaintiffs") against Defendants Chris Bryan ("Bryan"), Paul Reed ("Reed"), Hansel Bailey ("Bailey") and Orbit Petroleum Partnership Joint Venture and Orbit Petroleum Corporation (collectively, "Orbit"), for claims based on the Racketeer Influenced and Corrupt Organizations (RICO) statute, breach of contract, fraud, conversion, unjust enrichment, constructive trust and accounting.

Defendant Bailey brought a Motion for Summary Judgment, which the Court granted by Order (DE 66) entered on December 10, 2010.  Accordingly, Defendant Bailey is the prevailing party against Plaintiffs, and each of them.

On February 8, 2011, Plaintiffs dismissed Defendant Bryan (DE 78). On August 25, 2011, Plaintiffs dismissed the DOES and the Orbit Defendants (DE 102).  On August 26, 2011, the Court entered its Order (DE 103) granting Plaintiffs' motion to dismiss Defendant Jim Frazier.

On October 17, 2011, the Court entered its Order (DE 108) dismissing Defendant Reed and the entire action.  On October 21, 2011, the Court entered Judgment in favor of Defendants (DE 110).  On November 14, 2011, Plaintiffs moved to alter judgment and vacate the October 17, 2011 Order denying default judgment against Defendant Reed (DE 117).

On February 27, 2012, the Court granted Plaintiffs' motion to alter judgment and vacated the Court's October 17, 2011 Order denying their application for default judgment against Defendant Reed (DE 138).  On April 3, 2012, the Court granted Plaintiffs' application for default judgment against

Defendant Reed on the Complaint for their breach of contract and fraud claims and awarded damages in favor of Plaintiffs in the total amount of $1,325,000 (DE 142).

ACCORDINGLY, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

(1) Judgment is entered in favor of Defendants Hansel Bailey, Chris Bryan, Orbit Petroleum Partnership Joint Venture, Orbit Petroleum Corporation, Jim Frazier, and DOES;

(2) Defendant Hansel Bailey, as the prevailing party on his Motion for Summary Judgment, shall be entitled to the recovery of costs against Plaintiffs, jointly and severally, in the amount of $_____.

(3) Default judgment is entered against Defendant Paul Reed in favor of Plaintiffs on the Complaint for their breach of contract and fraud claims; and

(4) Plaintiffs shall recover $1,325,000 in damages from Defendant Paul Reed.

Dated: April 3, 2012

_____
Cormac J. Carney
Judge of the United States District Court